UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS D. TORRY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 C 1340 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| RUSSELL ZAGORSKI, KRISTA CHASEN, | ) | |
| BRIAN LACEY, POITR ZDRZALKA, | ) | Magistrate Judge Jeffrey T. Gilbert |
| KELLY MONACO, VASILIOS GATSIOS, | ) | |
| JOSE DELEON, RAFAEL ROBLEDO, JR., | ) | |
| CITY OF CHICAGO, and UNKNOWN | ) | |
| OFFICERS OF THE CHICAGO POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF THE OFFER OF JUDGMENT**

NOTICE IS HEREBY GIVEN that plaintiff, Marcus D. Torry, hereby accepts the Rule 68 Offer of Judgment of defendants Russell Zagorski, Krista Chasen, and City of Chicago, dated October 7, 2019, attached hereto as Exhibit A.

The Clerk is requested to enter judgment as follows:

1. TWENTY-FIVE THOUSAND AND ONE DOLLAR AND NO/100 CENTS ($25,001.00) to plaintiff Marcus D. Torry and against defendants Russell Zagorski, Krista Chasen, and City of Chicago, plus reasonable attorney's fees and costs to plaintiff Marcus D. Torry and against defendants Russell Zagorski, Krista Chasen, and City of Chicago through October 7, 2019, in an amount to be determined by the Court, not to exceed TWENTY-FOUR THOUSAND NINE HUNDRED NINETY-NINE DOLLARS AND NO/100 CENTS ($24,999.00).


Dated: October 18, 2019                     /s/   Irene K. Dymkar
                                                  Irene K. Dymkar


Plaintiff's Attorneys:

Irene K. Dymkar
Shamoyita M. DasGupta
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604
(312) 345-0123

## **CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 18th day of October, 2019, a copy of this acceptance was served upon the attorneys for defendants named below through the Court's electronic filing system:

| | |
|---|---|
| Emily E. Dory | Christine K. Wee |
| Michele M. McGee | Cheryl L. Friedman |
| Jessica L. Griff | Julie A. Murphy |
| City of Chicago Department of Law | City of Chicago Department of Law |
| 30 N. LaSalle Street, Suite 900 | 30 N. LaSalle Street, Suite 900 |
| Chicago, IL 60602 | Chicago, IL 60602 |

Dated: October 18, 2019        /s/    Irene K. Dymkar
                                                                        Irene k. Dymkar